**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6400**

KEON S. HILL,

                Plaintiff - Appellant,

        v.

CARTER, Officer/ Petersburg Police Officer,

                Defendant – Appellee,

        and

EVANS, Nurse; ABASHI, Dr. Chief Doctor at Riverside Jail;
CYRIAX, Ms. Chief Physican Medical Dept; RIVERSIDE REGIONAL
JAIL, Jail Body/ Unknown Name Officers; J. L. NEWTON, Supt.
Captain of the Jail Authority and Policy; MACK, Capt.
Captain of Administration; PETERSBURG JAIL PERSONNEL, City
Jail; CLARK-EVANS, Nurse/Shift Nurse; CHARLES, Ms. Chief
Nurse of Medical Dept,

                Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T.S. Ellis, III, Senior
District Judge. (1:12-cv-00656-TSE-TRJ)

Submitted: June 20, 2013              Decided: June 26, 2013

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keon S. Hill, Appellant Pro Se.  Leslie A. Winneberger, BEALE, DAVIDSON, ETHERINGTON & MORRIS, PC, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keon S. Hill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hill v. Carter, No. 1:12-cv-00656-TSE-TRJ (E.D. Va. Feb. 27, 2013). We deny Hills' motions to appoint counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED